[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 13, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15267
Non-Argument Calendar
_____

D. C. Docket No. 05-01050-CV-2-RDP

DARRYL BOWIE,

Plaintiff-Appellant,

versus

RONALD SIMS,
individually and in his official capacity
as the Receiver for the Personnel Board of
Jefferson County,
PERSONNEL BOARD OF JEFFERSON COUNTY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 13, 2008)**

Before BIRCH, HULL and WILSON, Circuit Judges.

PER CURIAM:

Darryl Bowie filed this action against Ronald Sims and the Personnel Board of Jefferson County (the "Board"), alleging employment discrimination in violation of Title VII and 42 U.S.C. §§ 1981 & 1983. He appeals the district court's dismissal of his claims against Sims and its order granting summary judgment in favor of the Board. After review, we affirm for the reasons set forth in the District Court's Memorandum Opinions of December 7, 2005 and October 29, 2007.

**AFFIRMED.**